adopted by the United States District Judge by Order dated December 19, 2006.

**AFFIRMED.**

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Robert DOCTRIE, Defendant–**
**Appellant.**

**No. 07–11284**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 30, 2007.

Rick D. Collum, The Collum Law Firm, P.C., Moultrie, GA, for Defendant–Appellant.

Dean S. Daskal, U.S. Attorney's Office, Columbus, GA, for Plaintiff–Appellee.

Before BLACK, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Rick D. Collum, appointed counsel for Rober Doctrie, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and Doctrie's convictions and sentences are **AFFIRMED.**